In the Matter of DINAH R. ROSENBLATT, an Attorney.— Motion to confirm report of Official Referee granted and order of disbarment entered. Memorandum: The Official Referee has found the respondent guilty of charges preferred against her. The evidence amply supports his findings. In view of the acts of misconduct as found by the Referee, as well as the respondent's long continued general attitude and course of conduct in her relations with the court, her fellow attorneys, and her clients, as disclosed by the evidence before the Referee, we find the respondent unfit to remain a member of the Bar of this State. The disbarment of the respondent is required. All concur. Present— McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.

■

## SECOND DEPARTMENT, AUGUST, 1951.

### (August 16, 1951.)

■

In the Matter of the Application of GEORGE C. HANOLD et al., Appellants, for an Order Removing the Criminal Action in which They Are Defendants from the County Court, Kings County, to the Supreme Court of the State of New York, Kings County. DISTRICT ATTORNEY, KINGS COUNTY, Respondent.— Motion for a stay of trial denied, without costs. Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. (*Matter of Newman* [*People*], 278 App. Div. 857; *People* v. *Perito*, 272 App. Div. 823.) Present— Nolan, P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

■

In the Matter of JOHN J. BURNS, Respondent. CHARLES P. SULLIVAN, Appellant, BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.— Order affirmed. No opinion. Motion for leave to appeal to the Court of Appeals granted. Nolan, P. J., Adel, Sneed and MacCrate, JJ., concur; Wenzel, J., taking no part. [199 Misc. 1005.]

■

## FIRST DEPARTMENT, SEPTEMBER, 1951.

### (September 28, 1951.)

■

In the Matter of PATRICK J. PICARIELLO, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York and the Board of Canvassers of the City of New York, et al., Respondents.— We find that under the circumstances disclosed there was a substantial compliance by the petitioner with the provisions of the order to show cause directing service. It is appropriate to add that no violation of section 2 of the New York City Municipal Court Code is indicated. Order unanimously reversed and motion to dismiss the petition denied and the matter remitted to Special Term for consideration on the merits. Settle order on short notice. Present— Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See 279 App. Div. 560.]